IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RASHON RICHARDSON,

               Plaintiff,

     v.

ATTORNEY GENERAL OF THE STATE
OF PENNSYLVANIA,

             Defendant.

2:21-CV-01150-CCW-LPL

## ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 3, 2023, the Magistrate Judge issued a Report, ECF No. 14, recommending that the Petition for Writ of Habeas Corpus, ECF No. 1, be dismissed as untimely and that a certificate of appealability be denied.  Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED as untimely and that a certificate of appealability is DENIED, and the Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 30th day of May, 2023.

BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc (via ECF email notification):

All Counsel of Record


cc (via United States mail):

Rashon Richardson, pro se
JW3259
Indiana County Jail
665 Hood School Road
Indiana, PA 15701